# UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF PENNSYLVANIA 3rd CIRCUIT

Milton Thomas Sr.
         V                            Case no. 04-10175
The City Of Philadelphia &            Adversary No.19-00043
The School District of Philadelphia,
William Miller, U.S. Bankruptcy Trustee

### Motion to Hold the Defendants, the City of Philadelphia and the School District of Philadelphia In Contempt for Violation of § 524 of the Bankruptcy Code

On July 21, 2015 the City violated the discharge injunction after they sold at sheriff sale the subject property 1620 So. 58th st and listed the subject property 1618 So. 58th st.  for Sheriff sale for debt that had been discharged.

Wherefore the pl respectfully requests that this court hold the defendants in contempt of § 524 and award the plaintiff damages;

1. The value of the subject property, 1620 So. 58th st as stated in the City's Assessment Value and Certificate of Value.
2. The loss of the $ 650.00 monthly rental income from the date of the sale of the subject property 1620 So 58th st to this present day.
3. To cease and desist any collection of fees , penalties or interest incurred during and there out of the violation of the discharge injunction.
4. The release of any collection fees, penalties, or interest incurred on 1618 So 58th st while  during and there out of the violation of the discharge injunction.
5. The reinstatement of any City License suspended due to the plaintiff's unwillingness to pay any debt that was discharged through the bankruptcy.
6. Mental Frustration.



Milton Thomas
140 W Spencer ave.
Philadelphia, PA 19120
267-401-0978

FILED

MAR - 6 2019

TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

March 6. 2019
Date